UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANDREW R. LOPEZ, | ) | 1:08-CV-01651 OWW SMS HC |
| | ) | |
|     Petitioner, | ) | ORDER CONSTRUING PETITIONER'S |
| | ) | OBJECTIONS AS MOTION FOR |
| v. | ) | RECONSIDERATION |
| | ) | [Doc. #13] |
| ARNOLD SCHWARZENEGGER, | ) | |
| | ) | ORDER DENYING PETITIONER'S |
|     Respondent. | ) | MOTION FOR RECONSIDERATION |
| | ) | [Doc. #13] |

    Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

    On November 21, 2008, Petitioner filed a motion for leave to supplement the petition with declarations from other inmates. On January 27, 2009, the Magistrate Judge denied the motion. Petitioner filed the instant objections to the order on February 3, 2009, and he requests reconsideration.

    Pursuant to Rule 60(b) of the Federal Rules of Civil Procedure,

> the court may relieve a party or its legal representative from a final judgment, order, or proceeding for the following reasons: (1) mistake, inadvertence, surprise, or excusable neglect; (2) newly discovered evidence that, with reasonable diligence, could not have been discovered in time to move for a new trial under Rule 59(b); (3) fraud (whether previously called intrinsic or extrinsic), misrepresentation, or misconduct by an opposing party; (4) the judgment is void; (5) the judgment has been satisfied, released, or discharged; it is based on an earlier judgment that has been reversed or vacated; or applying it prospectively is no longer equitable; or (6) any other reason that justifies relief.

1    Petitioner fails to meet this standard. Petitioner's proposed declarations are irrelevant to the
2 issues in this case.
3    Accordingly, Petitioner's objections are CONSTRUED as a motion for reconsideration, and
4 said motion is hereby DENIED.
5 IT IS SO ORDERED.
6 **Dated:    February 13, 2009**                    /s/ Oliver W. Wanger
                                                UNITED STATES DISTRICT JUDGE