# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW LOPEZ,<br><br>    Petitioner,<br><br>    v.<br><br>ARNOLD SCHWARZENEGGER,<br><br>    Respondent. | 1:08-CV-01651 OWW SMS HC<br><br>ORDER DENYING PETITIONER'S REQUEST FOR LEAVE TO INCLUDE SUPPORT LETTER<br><br>[Doc. #18] |

    Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

    On June 18, 2009, Petitioner filed a request for leave to include a support letter. His request will be denied because the support letter is irrelevant to this case. The instant petition concerns a 2007 determination of the Board of Parole Hearings finding Petitioner unsuitable for parole. This Court must determine whether the state court's decision rejecting his petition concerning the Board's decision was "contrary to, or involved an unreasonable application of, clearly established Federal law, as determined by the Supreme Court of the United States" or "based on an unreasonable determination of the facts *in light of the evidence presented at the State Court proceeding.*" 28 U.S.C. § 2254(d)(1)-(2) (emphasis added). As the declaration Petitioner now seeks to present is dated April 23, 2009, it was surely not before the Board when it made its decision in 2007 and

1  therefore has no bearing on the petition.

2       Accordingly, Petitioner's request for leave to include a support letter is DENIED.

4  IT IS SO ORDERED.

5  **Dated:   June 22, 2009**                    **/s/ Sandra M. Snyder**
                                                  UNITED STATES MAGISTRATE JUDGE